Order filed August 7, 2012 

--------------------------------------------------------------------------------

 In The
 Fourteenth Court of Appeals
 ____________
 NO. 14-12-00434-CR
 ____________
 EX PARTE WOODROW MILLER, Appellant
 
 On Appeal from the 230th District Court
 Harris County, Texas
 Trial Court Cause Nos. 876249-D & 876249-E
 
 O R D E R
The clerk's record was filed May 10, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. See Tex. R. App. P. 34.5(c). The record does not contain the application for writ of habeas corpus in trial court cause number 876249-E.
The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 30, 2012, containing the application for writ of habeas corpus in trial court cause number 876249-E.
If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM